IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RAYMOND M. GONZALES,

    Petitioner,

vs.                                                     No. CV 16-00330 KG/SMV

WARDEN GERMAN FRANCO, and
THE ATTORNEY GENERAL OF THE
STATE OF NEW MEXICO,

    Respondents.

## **JUDGMENT**

This matter having come before the Court under rules 4 and 11 of the Rules Governing Section 2254 Cases, on the Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus by a Person in State Custody filed by Petitioner Raymond M. Gonzales (Doc. 1) and the Court having entered its Memorandum Opinion and Order dismissing the Motion,

**IT IS ORDERED** that JUDGMENT is hereby entered and the Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus by a Person in State Custody filed by Petitioner Raymond M. Gonzales (Doc. 1) is **DISMISSED** for lack of jurisdiction.

_____
UNITED STATES DISTRICT JUDGE