IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**RAYMOND M. GONZALES,**

    **Petitioner,**

**v.**                                                          **No. 16-cv-0330 KG-SMV**

**GERMAN FRANCO and ATTORNEY GENERAL**
**FOR STATE OF NEW MEXICO,**

    **Respondents.**

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte in connection with Petitioner's pro se post-judgment responses and motions. [Docs. 12–15]. Petitioner was incarcerated when this case commenced. His post-judgment filings challenge the dismissal of his 28 U.S.C. § 2254 habeas petition. *See* [Doc. 10]. The filings were submitted between 2017 and 2019 but were not coded as pending motions in CM/ECF. There has been no case activity since 2019, and it is unclear whether Petitioner is still in custody and/or intends to prosecute his post-judgment submissions. If Petitioner wishes to prosecute his request to reopen this case, he must file a response confirming his custody status and current address within 30 days of entry of this Order. *See* D.N.M.LR-Civ. 83.6 (pro se litigants have a continuing duty to notify the Clerk of their current address). If Petitioner fails to timely respond and/or has severed contact with the Court, no further action will be taken, and the case will remain closed.

**IT IS ORDERED** that if Petitioner wishes to prosecute his post-judgment filings, he must file a response no later than December 7, 2022, confirming his custody status and current address.

                                                                                       _____
                                                                                       **STEPHAN M. VIDMAR**
                                                                                       **United States Magistrate Judge**